IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HARRIS & JAMES, LLP,          )<br>)<br>Plaintiff,          )<br>)<br>v.          )<br>)<br>BRANCH BANKING AND          )<br>TRUST COMPANY, CB          )<br>RICHARD ELLIS, INC. and CB          )<br>RICHARD ELLIS REAL ESTATE          )<br>SERVICES, LLC,          )<br>)<br>Defendants.          )<br>_____)  | CIVIL ACTION<br><br>FILE NO.: 5:11-cv-00033-MTT |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## BRANCH BANKING AND TRUST COMPANY

COMES NOW, Branch Banking and Trust Company ("BB&T"), a named Defendant herein, and, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 87, submits the following Corporate Disclosure Statement:

The undersigned counsel of record for BB&T in this action certifies as follows:

1. BB&T is a subsidiary of a publicly held corporation, BB&T Corporation.

2. A list of BB&T's subsidiaries is attached hereto as Exhibit "A."

Respectfully submitted, this 11th day of March, 2011.

                                  s/ James M. Sherman, Esq.
                                  _____

                                  James M. Sherman
                                  Georgia Bar No. 644716

                                  Attorney for Defendant
                                  Branch Banking and Trust Company

RAY & SHERMAN, LLC
One Securities Centre
3490 Piedmont Road, Suite 700
Atlanta, Georgia 30305
Telephone:  (404) 892-3600
Facsimile:   (404) 892-0445
E-mail:  jsherman@rayandsherman.com

# EXHIBIT A

**EXHIBIT "A"**

**Branch Banking and Trust Company subsidiaries
as of February 1, 2011**

AFCO Acceptance Corporation
AFCO Credit Corporation
AFCO Premium Acceptance, Inc.
AFCO Premium Credit LLC
Agency Technologies, Inc.
AmRisc GP, LLC
AmRisc, LP
Atlantic Wire Company, LLC
Atlas FL I SPE, LLC
Atlas FL II SPE, LLC
Atlas GA I SPE, LLC
Atlas GA II SPE, LLC
Atlas GA III SPE, LLC
Atlas GA IV SPE, LLC
Atlas MD I SPE, LLC
Atlas NC I SPE, LLC
Atlas NC II SPE, LLC
Atlas SC I SPE, LLC
Atlas SC II SPE, LLC
Atlas SC III SPE, LLC
Atlas SPE, LLC
Atlas Tri-State SPE, LLC
Atlas Union SPE, LLC
Atlas VA I SPE, LLC
Atlas VA II SPE, LLC
BB&T Capital Partners II, L.L.C.
BB&T Capital Partners Mezzanine Fund II, LP
BB&T Capital Partners, LLC
BB&T Capital Partners/Windsor Mezzanine Fund, LLC
BB&T Centralized Solutions, Inc.
BB&T Collateral Service Corporation
BB&T Collateral Service Corporation (TN)
BB&T Collateral Service Corporation (WV)
BB&T EFC Energy, LLC
BB&T Equipment Finance Corporation
BB&T Insurance Services of California, Inc.
BB&T Insurance Services, Inc.
BB&T Investment Services, Inc.
BB&T Mortgage Reinsurance Company
BB&T Real Estate Funding LLC
BB&T Service Corporation
BB&T-VA Collateral Service Corporation

1

BT Financial Corporation
CAFO Holdings Company
CAFO Inc.
CAFO US Holdings, Inc.
CBG Florida REIT Corp.
CBG Nevada Holding Corp.
CBG, Inc.
Colonial REMIC, LLC
Colony Financial Corporation (inactive)
CRC Insurance Services, Inc.
Eagle AL I SPE, LLC
Eagle FL I SPE, LLC
Eagle FL II SPE, LLC
Eagle FL III SPE, LLC
Eagle FL IV SPE, LLC
Eagle FL V SPE, LLC
Eagle FL VI SPE, LLC
Eagle FL VII SPE, LLC
Eagle GA I SPE, LLC
Eagle GA II SPE, LLC
Eagle SPE Multi I, Inc.
Eagle SPE NV I, Inc.
Eagle SPE NV II, Inc.
Eagle SPE NV III, Inc.
Eagle SPE, LLC
Eagle TX I SPE, LLC
eFuel, Inc.
Farr Associates, Inc.
FICORP of South Carolina
Fidelity Service Corporation
Fountainhead SPE, Inc.
Grandbridge Real Estate Capital LLC
Independent Trustees, Inc.
Investor Services, Inc.
JMD Consulting Services, Inc.
Lake County Service Corporation
Lendmark Financial Services of West Virginia, Inc.
Lendmark Financial Services, Inc.
Lendmark Mortgage and Finance, Inc.
LFS Reinsurance Company, Ltd.
M, S & W, Inc.
Magic City Insurance Agency of Alabama, Inc.
Matewan Realty Corporation
McGriff Holdings, Inc.
McGriff Seibels of Texas, Inc.
McGriff, Seibels & Williams de Mexico, Intermedario de Reasaguro, S.A. de C.V.

McGriff, Seibels & Williams of California, Inc.
McGriff, Seibels & Williams of Colorado, Inc.
McGriff, Seibels & Williams of Georgia, Inc.
McGriff, Seibels & Williams of Louisiana, Inc.
McGriff, Seibels & Williams of Missouri, Inc.
McGriff, Seibels & Williams of Oregon, Inc.
McGriff, Seibels & Williams of Pennsylvania, Inc.
McGriff, Seibels & Williams Reinsurance Brokers, Inc.
McGriff, Seibels & Williams, Inc.
MSW Holdings, Inc.
Northeast Steel & Machine Products, Inc.
OVB Foreclosed Properties, Inc.
Prime Rate Premium Finance Company of California, Inc.
Prime Rate Premium Finance Corporation, Inc.
Real Property, Inc.
Real Restaurant Owners, Inc.
Reliable Policy Management, LLC
Salem Financial, Inc.
Southern Cross Insurance Services, Inc.
TAPCO Underwriters, Inc.
Title Insurance Services of Alabama, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day electronically filed the within and foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BRANCH BANKING AND TRUST COMPANY** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> William C. Harris, Esq.
> John Burke Harris, Esq.
> Harris & James, LLP
> Post Office Box 4866
> Macon, Georgia 31208-4866

This 11th day of March, 2011.

> Respectfully submitted,
>
> s/ James M. Sherman, Esq.
>
> _____
> James M. Sherman
> Georgia Bar No. 644716
> Attorney for Defendant
> Branch Banking and Trust Company

RAY & SHERMAN, LLC
One Securities Centre
3490 Piedmont Road, Suite 700
Atlanta, Georgia 30305
Telephone: (404) 892-3600
Facsimile: (404) 892-0445
E-mail: jsherman@rayandsherman.com